**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Hassanh Bey WRIGHT, Defendant–Appellant.**

**No. 13–6311.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 15, 2014.

Decided: May 12, 2014.

Hassanh Bey Wright, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hassanh Bey Wright appeals the district court's order granting his motion for reduction of sentence, pursuant to 18 U.S.C. § 3582(c) (2012), and reducing his 144–month term of imprisonment to 120 months. Wright argues that, under the Fair Sentencing Act, he should have received the lowered statutory minimum sentence of five years' imprisonment. In light of our decision in *United States v. Black,* 737 F.3d 280 (4th Cir.2013) (holding that "the statutory minimum sentences in the Fair Sentencing Act do not apply to a defendant sentenced before the Act's effective date"), *petition for cert. filed,* —— U.S. ——, 134 S.Ct. 1902, 188 L.Ed.2d 932, 2014 WL 956495 (2014), we conclude that the district court did not abuse its discretion. Accordingly, we affirm Wright's sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

*AFFIRMED.*